IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[2] Angel D. Ramos Cruz<br><br>Defendant. | CRIMINAL NO. 15-075 (JAF) |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorney, and moves for issuance of a Writ of Habeas Corpus Ad Prosequendum in the above-captioned case for prosecution, and in support thereof, alleges and prays:

1. That Angel D. Ramos Cruz, Inmate Number 41290-069, is presently under the custody of the FCI Coleman Low 846 NE 54TH TERRACE, SUMTERVILLE, FL 33521.

2. That it is necessary that the defendant be produced and transferred to allow defendant to appear before the United States District Courthouse for the District of Puerto Rico for prosecution **FORTHWITH**, for initial appearance and for any further judicial proceedings in the above-captioned case.

THEREFORE, the United States of America prays of this Honorable Court to issue a Writ of Habeas Corpus Ad Prosequendum to the FCI Coleman Low or to any United States Marshal or his deputies, requiring him to serve said Writ on the Warden, or Superintendent, or custodian of the FCI Coleman Low to deliver the body of Angel D. Ramos Cruz, Inmate No. 41290-069,

**FORTHWITH** into the custody of any Special Agent or Task Force Officer of the Federal Bureau of Investigations (FBI), and/or any other federal agent, to be brought to the United States District Court for the District of Puerto Rico for the purpose aforesaid.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 29th day of January 2015.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

Julia Diaz-Rex
Assistant U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR 00918
Tel: 787-766-5656

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendant(s).

AUSA Julia Diaz-Rex
Assistant United States Attorney